# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| KATHY KRANER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-0034-CV-W-DW |
| | ) | |
| BOB EVANS FARMS, INC., et al., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Plaintiff's Motion to Remand (Doc. 12). The parties have filed a stipulation (Doc. 29) clarifying that the amount in controversy in this action does not exceed $75,000. Because removal jurisdiction does not exist, remand to the Circuit Court of Jackson County, Missouri is appropriate.

Accordingly, the Court GRANTS Plaintiff's motion to remand and ORDERS Plaintiff to file in state court the Joint Stipulation Regarding Amount in Controversy (Doc. 29). The Clerk of the Court is directed to terminate all pending motions in this action (Docs. 3 and 18).


Date: May 10, 2007            /s/ DEAN WHIPPLE
                                                             Dean Whipple
                                                  United States District Court